**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-8507

RAYMOND W. CARTER,

             Plaintiff - Appellant,

      v.

WARDEN WHITE; JOE ANTHONY BROWN; ALEWINE, Doctor; MEDICAL
DEPARTMENT, at Broad River Correctional Institution, in
their individual and official capacity,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., Senior
District Judge.  (6:07-cv-03481-GRA)

Submitted:  August 12, 2009          Decided:  August 20, 2009

Before KING and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Raymond W. Carter, Appellant Pro Se.  James E. Parham, Jr.,
Irmo, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond W. Carter appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Carter v. White, No. 6:07-cv-03481-GRA (D.S.C. Nov. 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED